IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STANLEY M. STROTHER,

    Petitioner,

v.                                  CASE NO. 1:06-cv-00015-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendations of the Magistrate Judge, recommending that the petition for writ of habeas corpus, Doc. 1, be dismissed as an unauthorized second or successive petition. The Magistrate Judge filed the Report and Recommendation on Friday, January 27, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Stanley Strother's petition for writ of habeas corpus, Doc. 1, is dismissed as an unauthorized second or successive petition.

    **DONE AND ORDERED** this  _28th_ day of March, 2006

<u>*s/Maurice M. Paul*</u>
Maurice M. Paul, Senior District Judge